**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 03-00674-3-PHX-EHC |
| Plaintiff, | ) | |
| vs. | ) | |
| Omar Dixon, | ) | **ORDER** |
| Defendant. | ) | |

A Status hearing regarding detention and preliminary revocation hearings on the Petition on Supervised Release was held on January 31, 2006.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 court.

3     DATED this 1st day of February, 2006.

```
                          Lawrence O. Anderson
                          United States Magistrate Judge
```